# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

J. MICHAEL COP AND TERESA COP

NO. 2021 CW 1283

VERSUS

DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT OF THE STATE OF LOUISIANA

**JANUARY 21, 2022**

---

In Re: Department of Transportation and Development of the State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 705697.

---

**BEFORE: GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.** On review, we find the words of the act of sale containing the compromise agreement are clear and explicit and lead to no absurd consequences. Extrinsic evidence was thus inadmissible to explain or to contradict the terms of that instrument. See **Ortego v. State, Department of Transportation and Development**, 96-1322, (La. 2/25/97), 689 So.2d 1358, 1363. Based on the language of the act of sale, we find plaintiffs fully settled all claims against defendant including their loss of rental income claim. See **Barker v. Dept. of Transp. And Dev.**, 2008-1084 (La. App. 1st Cir. 12/23/08), 4 So.3d 869. Accordingly, the August 27, 2021 judgment of the district court denying the peremptory exception of res judicata filed by defendant, Department of Transportation and Development of the State of Louisiana, is reversed. The exception is hereby granted, thereby dismissing all claims filed by plaintiffs, J. Michael Cop and Teresa Cop.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT